UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BREIANNA KEESLING,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LUXE INDUSTRIES, LLC,<br><br>　　　　　　Defendant. | Case No.: 3:23-cv-00213-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO**<br>**DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff BREIANNA KEESLING and Defendant LUXE INDUSTRIES, LLC, by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiff's claims in the above referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 3rd day of June, 2024.
MARK MAUSERT LAW OFFICE

 /s/ Mark Mausert
　MARK MAUSERT
　SEAN McDOWELL
　729 Evans Avenue
　Reno, Nevada 89512

*Attorneys for Plaintiff*

Dated this 3rd day of June, 2024.
BLACK & WAHDAMS

 /s/ Rusty Graf
　RUSTY GRAF, ESQ.
　10777 W. Twain Ave, Suite 300
　Las Vegas, Nevada 89135

*Attorney for Defendant*

2.

**IT IS SO ORDERED.**

Dated:  October 18, 2024

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE